UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STEVEN SANCHEZ,

    Plaintiff,

v.                                                                                    Civ. No. 18-586 GJF

NANCY A. BERRYHILL, *Acting Commissioner of the Social Security Administration*,

    Defendant.

## **ORDER TO SEAL ADMINISTRATIVE RECORD**

THIS MATTER is before the Court upon Defendant's "Unopposed Motion to Seal Administrative Record" ("Motion") [ECF No. 12]. Having reviewed the record, noting the concurrence of the parties, and being otherwise fully informed, the Court finds the Motion is well-taken and will **GRANT** it.

**IT IS HEREBY ORDERED** that the administrative record lodged by Defendant in the above-referenced case shall be permanently sealed. Access to the administrative record shall be limited to the Court and the case participants only.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE